IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHESTER DREW LARIMORE,

    Plaintiff,               No. CIV S-05-0593 LKK KJM P

    vs.

JOHN CALIGUIRE, et al.,

    Defendants.          <u>ORDER</u>

_____/

    Plaintiff has asked that this matter be dismissed.  Good cause appearing, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(a).

DATED: May 11, 2005.

                                UNITED STATES MAGISTRATE JUDGE

1
lari0593.dis